UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHARLES MARC MITCHELL,   )
    Plaintiff,   )
vs.   )   No. 4:10cv00819CEJ
      )
JOSH SHEARRER, et al.,   )
    Defendants.   )

DEFENDANT'S OBJECTIONS TO
PLAINTIFF'S DEPOSITION AND INTERROGATORY DESIGNATIONS

    Defendants make the following objections to the reading into, or otherwise introducing into evidence of, the following items that appear in "Plaintiff's List Of Depositions and Interrogatory Answers":

Bone Deposition

p. 20, l. 3-22:  vague, ambiguous, and confusing as lacking in context
    irrelevant and more confusing/prejudicial than probative
    calls for legal conclusions

p. 21, l. 8-13:  irrelevant and more confusing/prejudicial than probative

pp. 37-38, l. 13-25:  calls for legal conclusions
    asked and answered
    vague, ambiguous, and confusing
    hearsay
    irrelevant and more prejudicial/confusing than probative
    speculation

p. 40, l. 10-14:  irrelevant and more prejudicial/confusing than probative
    speculation
    legal conclusion

p. 41, l. 2-25:  vague, ambiguous, and confusing
    hearsay
    irrelevant and more prejudicial/confusing than probative

pp. 49-51, l. 22-23:   irrelevant and more prejudicial/confusing than probative
speculation
ambiguous, vague, and confusing
asked and answered
hearsay

Shearrer Deposition & Interragory Response(s)

p. 6, l. 1-2:   vague, ambiguous and confusing (lacking in context)
irrelevant and more confusing/prejudicial than probative

pp. 11-12, l. 8-11:   irrelevant and more confusing/prejudicial than probative
ambiguous

p. 12, l. 17-25:   irrelevant and more confusing/prejudicial than probative

p. 13, l. 4-11:   irrelevant and more confusing/prejudicial than probative

pp. 14-15, l. 16-15:   irrelevant and more confusing/prejudicial than probative
ambiguous

pp. 16-17, l. 2-13   irrelevant and more confusing/prejudicial than probative

p. 18, l. 2-21:   irrelevant and more confusing/prejudicial than probative
asked and answered
speculation

pp. 19-20, l. 11-12:   ambiguous
argumentative

pp. 21-22, l. 20-25:   irrelevant and more confusing/prejudicial than probative

p. 24, l. 18-20:   non-responsive
irrelevant and more confusing/prejudicial than probative

pp. 26-28, l. 14-18:   irrelevant and more confusing/prejudicial than probative
ambiguous, vague, and confusing
mischaracterizes testimony
argumentative

p. 33, l. 5-22:   irrelevant and more confusing/prejudicial than probative
argumentative
assumes unestablished matter
ambiguous

pp. 34-36, l. 17-10:   irrelevant and more confusing/prejudicial than probative
                       calls for legal conclusions

p. 37, l. 8-23:   irrelevant and more confusing/prejudicial than probative
                  confusing and ambiguous; cumulative

p. 38, l. 6-14:   ambiguous and vague
                  mischaracterizes exhibit

p. 39, l. 7-12:   ambiguous

pp. 39-40, l. 24-4:   irrelevant and more confusing/prejudicial than probative

pp. 40-41, l. 20-15:   argumentative
                       ambiguous
                       calls for speculation
                       irrelevant and more confusing/prejudicial than probative
                       cumulative

pp. 42-44, l. 12-7:   ambiguous
                      argumentative
                      assumes unestablished matter
                      calls for speculation
                      irrelevant and more confusing/prejudicial than probative

p. 44-45, l. 25-12:   vague, ambiguous, and confusing
                      calls for speculation
                      irrelevant and more confusing/prejudicial than probative
                      argumentative and assumes unestablished matter

pp. 50-51, l. 17-3:   ambiguous
                      calls for legal conclusions
                      irrelevant and more confusing/prejudicial than probative

pp. 51-52, l. 4-5:   vague, confusing, and ambiguous
                     irrelevant and more confusing/prejudicial than probative

pp. 54-55, l. 23-14:   irrelevant and more confusing/prejudicial than probative

pp. 57-58, l. 18-21:   irrelevant and more confusing/prejudicial than probative
                       ambiguous
                       argumentative
                       mischaracterizes testimony
                       calls for speculation

p. 59, l. 15-22:   irrelevant and more confusing/prejudicial than probative

p. 60, l. 10-16        ambiguous

p. 60, l. 20-24:       asked and answered

Shearrer Interrogatory & Response 2 (It is ambiguous and confusing whether Plaintiff intends to designate Interrogatory Response 2, 3, or both and Defendants object accordingly; it would appear that Plaintiff intends to designate only 3 and may well have referred to 2 via a typographical error, in which case Defendants would withdraw this objection, and as it is repeated below):

       irrelevant and more confusing/prejudicial than probative
       cumulative

Shearrer Interrogatory & Response 3 (It is ambiguous and confusing whether Plaintiff intends to designate Interrogatory Response 2, 3, or both and Defendants object accordingly):

       irrelevant and more confusing/prejudicial than probative
       cumulative

<u>Richardet Deposition</u>

p. 5, l. 18-23:   irrelevant and more prejudicial/confusing than probative

p. 14, l. 9-23:   irrelevant and more prejudicial/confusing than probative
               argumentative and assumes unestablished matter

p. 17, l. 10:    ambiguous and confusing (lacking in context)

pp. 17-18, l. 11-6:    irrelevant and more prejudicial/confusing than probative
                legal conclusions

pp. 18-19, l. 24-2:    irrelevant and more prejudicial/confusing than probative

p. 20, l. 13:    ambiguous and confusing (lacking in context)

p. 20, l. 14-21:   irrelevant and more prejudicial/confusing than probative

p. 22, l.1-25:    irrelevant and more prejudicial/confusing than probative
              vague, ambiguous, and confusing

pp. 23-24, l. 24-11:   irrelevant and more prejudicial/confusing than probative

pp. 30-31, l. 19-13:   irrelevant and more prejudicial/confusing than probative

pp. 32-33, l. 9-15:    irrelevant and more prejudicial/confusing than probative

pp. 37-38, l. 7-11:    calls for speculation
　　　　　　　　　　 irrelevant and more prejudicial/confusing than probative

pp. 40-41, l. 14-20:   vague, ambiguous, and confusing
　　　　　　　　　　 irrelevant and more prejudicial/confusing than probative

Smith Deposition

p. 9, l. 6-12    irrelevant and more prejudicial/confusing than probative
　　　　　　　 lack of foundation for spoliation

pp. 9-12, l. 13-5:     irrelevant and more prejudicial/confusing than probative

pp. 13-16, l. 7-2:     irrelevant and more prejudicial/confusing than probative
　　　　　　　　　 non-responsive
　　　　　　　　　 ambiguous and confusing

Buckley Deposition

　　　irrelevant and more prejudicial/confusing than probative (all designated portions)

Spiker Deposition

p. 5, l. 1-2:    non-testimonial
　　　　　　 vague, ambiguous, and confusing (lacking in context)

p. 6, l. 6:     vague, ambiguous, and confusing (lacking in context)

p. 18, l. 1-15: irrelevant and more prejudicial/confusing than probative

p. 21, l. 1-2:  vague, ambiguous, and confusing (lacking in context)

p. 22, l. 4-9   vague, ambiguous, and confusing (lacking in context)

　　　　　　　　　　　　　　　　　　MARK ZOOLE & ASSOCIATES

　　　　　　　　　　　　　　　　　　By /s/Mark H. Zoole
　　　　　　　　　　　　　　　　　　Mark H. Zoole  #38635M
　　　　　　　　　　　　　　　　　　P.O. Box 190549
　　　　　　　　　　　　　　　　　　St. Louis, MO 63119
　　　　　　　　　　　　　　　　　　(314) 223-0436
　　　　　　　　　　　　　　　　　　zoole@sbcglobal.net

<u>Certificate Of Service</u>

      The undersigned certifies that a true and correct copy of the foregoing was served upon all counsel of record, including John M. Albright of Moore, Walsh & Albright, L.L.P., 433 N. Main Street, P.O. Box 610, Poplar Bluff, MO, 63902, via the court clerk's electronic notification system, on this 7th day of July, 2014.

                                                         /s/Mark H. Zoole